THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID WHITSETT, | NO. 2:17-cv-01236-RSM |
| Plaintiff, | STIPULATED MOTION AND ORDER CONTINUING SELECT CASE SCHEDULE DATES |
| v. | |
| BRAND ENERGY SOLUTIONS LLC; et al., | |
| Defendants. | |

## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate and move the Court for the following relief:

1. Pursuant to the Court's Order Setting Trial Date and Related Dates (ECF No. 13), the disclosure for expert testimony under FRCP 26(a)(2) is scheduled for April 12, 2018, discovery must be completed by June 11, 2018, and dispositive motions must be filed by July 11, 2018.

2. The parties are currently engaged in the process of scheduling mediation to attempt in good faith to resolve this case. Boeing, the self-insured employer of the Plaintiff, has asserted a lien of $168,368.66. Personnel with authority to approve a settlement have been notified that

STIPULATED MOTION AND ORDER
CONTINUING SELECT CASE SCHEDULE
DATES - 2:17-cv-01236-RSM - 1

RUSSELL & HILL, PLLC
3811-A BROADWAY
EVERETT, WA 98201
PHONE – (425) 212-9165
FAX – (425) 212-9168

mediation is being scheduled.  The parties believe that continuing the deadlines stated in the preceding paragraph would facilitate settlement of this case by allowing the parties to conserve the resources required for trial preparation for the possible settlement of this case.

3. The trial date and case schedule deadlines have not previously been continued.

4. The parties, for good cause shown, respectfully request that the Court grant this stipulated motion and continue the following case schedule deadlines as follows:

a. The deadline for disclosure of expert testimony to June 1, 2018;

b. The deadline for completion of discovery to July 6, 2018; and

c. The deadline for filing dispositive motions to July 20, 2018.

5. The parties agree that all case scheduling order deadlines that have already passed can remain unchanged and do not need to be rescheduled.  The parties do not request a continuance of the trial date at this time.

It is so stipulated through counsel of record.

FISHER & PHILLIPS, LLP                     RUSSELL & HILL, PLLC


By: /s/ Matthew J. Macario                 By: /s/ Dean F. Swanson
Matthew Macario, WSBA #26522               Dean Swanson, WSBA #40638
1201 Third Avenue, Ste 2750                3811-A Broadway
Seattle, WA 98101                          Everett, WA 98201
Email: mmacario@fisherphillips.com         Email: dean@russellandhill.com
Attorneys for Defendants                   Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
CONTINUING SELECT CASE SCHEDULE
DATES - 2:17-cv-01236-RSM - 2

RUSSELL & HILL, PLLC
3811-A BROADWAY
EVERETT, WA 98201
PHONE – (425) 212-9165
FAX – (425) 212-9168

**ORDER**

Based upon the stipulation of the parties above, IT IS HEREBY ORDERED that:

1. The deadline for the disclosure of expert testimony is continued to June 1, 2018;

2. The deadline for the completion of discovery is continued to July 6, 2018; and

3. The deadline for filing dispositive motions is continued to July 20, 2018.

DATED this 10 day of April 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
CONTINUING SELECT CASE SCHEDULE
DATES - 2:17-cv-01236-RSM - 3

RUSSELL & HILL, PLLC
3811-A BROADWAY
EVERETT, WA 98201
PHONE – (425) 212-9165
FAX – (425) 212-9168