IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID WHITSETT, | NO. 2:17-cv-01236-RSM |
| Plaintiff, | STIPULATED MOTION AND ORDER REGARDING EXPERT DEPOSITIONS |
| v. | |
| BRANDSAFWAY LLC, | |
| Defendant. | |

## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate and move the Court for the following relief:

1. Pursuant to the Stipulated Motion and Order Continuing Select Case Schedule Dates (ECF No. 17), discovery must have been completed by July 6, 2018.

2. Subject to Court approval, the parties have agreed to allow expert depositions to occur after the discovery cutoff. The depositions of Plaintiff's liability expert, Jesse Michaletz, CSP, Plaintiff's medical expert, Shane Leavitt, MD, and Defendant's medical expert, John Burns, MD, are scheduled to occur on August 22, 2018, August 24, 2018, and September 7, 2018, respectively.

3. The parties have scheduled a mediation to occur on August 28, 2018, to attempt in good faith to resolve this case. Boeing, the self-insured employer of the Plaintiff, has asserted

STIPULATED MOTION AND ORDER
REGARDING EXPERT DEPOSITIONS -
2:17-cv-01236-RSM - 1

**RUSSELL & HILL, PLLC**
3811-A BROADWAY
EVERETT, WA 98201
PHONE – (425) 212-9165
FAX – (425) 212-9168

a lien of $168,385.93. Personnel with authority to approve a settlement have been notified that mediation has been scheduled. The parties believe that the expert depositions identified in the preceding paragraph would facilitate settlement of this matter.

    4. The parties, for good cause shown, respectfully request that the Court grant this stipulated motion and continue the following case schedule deadline as follows:

    a. The deadline for the discovery cutoff to September 7, 2018, for the limited purpose of permitting the depositions of Jesse Michaletz, CSP, Shane Leavitt, MD, and John Burns, MD, to occur.

    5. The parties do not request a continuance of the trial date at this time.

It is so stipulated through counsel of record.

| FISHER & PHILLIPS, LLP | RUSSELL & HILL, PLLC |
|---|---|
| By: /s/ Matthew J. Macario<br>Matthew Macario, WSBA #26522<br>1201 Third Avenue, Ste 2750<br>Seattle, WA 98101<br>Email: mmacario@fisherphillips.com<br>Attorneys for Defendants | By: /s/ Dean F. Swanson<br>Dean Swanson, WSBA #40638<br>3811-A Broadway<br>Everett, WA 98201<br>Email: dean@russellandhill.com<br>Attorneys for Plaintiff |

## **ORDER**

Based upon the stipulation of the parties above, IT IS HEREBY ORDERED that:

    1. The deadline for the completion of discovery is continued to September 7, 2018, for the limited purpose of allowing the depositions of Jesse Michaletz, CSP, Shane Leavitt, MD, John Burns, MD, to occur.

///

///

STIPULATED MOTION AND ORDER
REGARDING EXPERT DEPOSITIONS -
2:17-cv-01236-RSM - 2

RUSSELL & HILL, PLLC
3811-A BROADWAY
EVERETT, WA 98201
PHONE – (425) 212-9165
FAX – (425) 212-9168

1   DATED this 19th day of July, 2018.

					RICARDO S. MARTINEZ
					CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
REGARDING EXPERT DEPOSITIONS -
2:17-cv-01236-RSM - 3

**Russell & Hill, pllc**
3811-A Broadway
Everett, WA 98201
Phone – (425) 212-9165
Fax – (425) 212-9168