IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WHITSETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDSAFWAY LLC,<br><br>　　　　Defendant. | NO. 2:17-cv-01236-RSM<br><br>STIPULATED MOTION AND ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate and move the Court as follows:

1. Under the Court's Order Setting Trial Date and Related Dates (Dkt. #13), as modified by the Court's Order Continuing Select Case Schedule Dates (Dkt. #17), the deadline to file and note dispositive motions in this case was July 20, 2018.

2. On July 19, 2018, plaintiff filed his Motion for Partial Summary Judgment (see Dkt. ## 23-24) ("Motion"). The Motion is noted for consideration on August 10, 2018.

3. Unless continued, pursuant to LCR 7(d)(3), Defendant's response to the Motion is due on Monday, August 6, 2018, and Plaintiff's reply, if any, is due on Friday, August 10, 2018.

4. The parties have scheduled a mediation to occur on August 28, 2018, to attempt in good faith to resolve this case.

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION
FOR PSJ - 1

FISHER & PHILLIPS LLP
1201 THIRD AVE., SUITE 2750
SEATTLE, WA 98101
206.682.2308

5. On July 31, 2018, the parties submitted an earlier version of this stipulated motion and order (Dkt. #27) requesting that the briefing schedule on the Motion be continued until after the mediation in this case.

6. On August 1, 2018, the Court issued a Minute Order denying the earlier version of this stipulated motion and order, because the earlier proposed modification to the briefing schedule did not provide the Court with sufficient time to resolve the Motion, should it become necessary, prior to the October 9, 2018 trial date.

7. Later that afternoon, on August 1, 2018, counsel for the parties participated in a telephone conference with the Court's judicial clerk. During that conference, the parties indicated that they would attempt to reach agreement on a trial continuance, or in the alternative, on a revised request for a re-noting and a more limited extension of time for briefing on the Motion.

8. After conferring, the plaintiff is unable to agree to a continuance of the trial date at this time, but the parties have agreed to the one-week extension of time sought by this new stipulated motion and order (LCR 10(g)).

9. Subject to Court approval, the parties have agreed to re-note the Motion for consideration one week after the current noting date, or August 17, 2018. If the Court approves the parties' stipulated motion, the new deadlines for briefing on the Motion would be Monday, **August 13, 2018 (defendant's response)** and Friday, **August 17, 2018 (reply).**

10. For good cause shown, the parties respectfully request that the Court grant this stipulated motion and permit the requested modification to the briefing schedule for the Motion. The parties request that all other remaining case scheduling order deadlines remain unchanged.

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION
FOR PSJ - 2

**FISHER & PHILLIPS LLP**
1201 THIRD AVE., SUITE 2750
SEATTLE, WA 98101
206.682.2308

1     It is so stipulated through counsel of record.

2     DATED this 2nd day of August, 2018.

3     FISHER & PHILLIPS, LLP             RUSSELL & HILL, PLLC

By: */s/ Matthew J. Macario*          By: */s/ Dean F. Swanson*
Matthew J. Macario, WSBA #26522    Dean Swanson, WSBA #40638
1201 Third Avenue, Ste 2750            3811-A Broadway
Seattle, WA 98101                       Everett, WA 98201
Email: mmacario@fisherphillips.com    Email: dean@russellandhill.com
Attorneys for Defendant BrandSafway LLC    Attorneys for Plaintiff David Whitsett

**ORDER**

Based upon the stipulation of the parties above, IT IS HEREBY ORDERED that Plaintiff's Motion for Partial Summary Judgment (Dkt. ## 23-24) ("Motion") is **re-noted** for consideration on **August 17, 2018**, and the briefing schedule on the Motion is modified as follows:

1. Defendant's response to the Motion is due on **Monday, August 13, 2018.**

2. Plaintiff's reply, if any, to the Motion is due on **Friday, August 17, 2018.**

DATED this 2nd day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION
FOR PSJ - 4

FISHER & PHILLIPS LLP
1201 THIRD AVE., SUITE 2750
SEATTLE, WA 98101
206.682.2308