THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID WHITSETT,<br><br>    Plaintiff,<br><br>  v.<br><br>BRAND SAFWAY LLC,<br><br>    Defendant. | NO. 2:17-cv-01236-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that all claims and defenses asserted by all parties in this lawsuit should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

DATED this 14th day of September, 2018.   DATED this 14th day of September, 2018.

FISHER & PHILLIPS, LLP   RUSSELL & HILL, PLLC


By: */s/ Matthew J. Macario*
Matthew Macario, WSBA #26522
1201 Third Avenue, Ste 2750
Seattle, WA 98101
Email: mmacario@fisherphillips.com
Attorneys for Defendants

By: */s/ Dean F. Swanson*
Dean Swanson, WSBA #40638
3811-A Broadway
Everett, WA 98201
Email: dean@russellandhill.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 1

# **ORDER**

This matter having come on by way of the above stipulation of the parties for an order dismissing all claims and defenses in this lawsuit, and the Court having considered the stipulation and the records and files in this matter, it is hereby:

ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice and without costs.

DATED this 17 day of September, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE